UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
vs.

CITATION / CASE NO. 3:09-mj-78 CMK

## ORDER TO PAY

Jacob J. Willet

SOCIAL SECURITY #: _____  
DATE of BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____

City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**  
DATE: 12-1-09        X Jacob Willott  
                     DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: Count 1        FINE 140.00   ASGMT. 10.00  
CITATION / CASE NO: Count 2        FINE 240.00   ASGMT. 10.00  
CITATION / CASE NO: _____        FINE _____  ASGMT. _____  
CITATION / CASE NO: _____        FINE _____  ASGMT. _____  

X FINE TOTAL of $ 380.00 and a penalty assessment of $ 20.00 ~~within~~  
X by 3-1-10 ~~days/months or payments of $ _____ per month, commencing~~  
and due on the _____ of each month until paid in full.  
( ) RESTITUTION _____  
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with proof mailed to the Clerk of the Court.  
( ) PROBATION to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~        CLERK, USDC  
~~P.O. Box 740026~~                  ~~650 Capitol Mall, Rm 2546~~ 501 I Street  
~~Atlanta, GA 30374-0026~~           Sacramento, CA 95814  
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 12-1-09        _____  
                     U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97